15034.    SMITH *et al.* v. MARION HARPER COTTON OIL CO.

BLOODWORTH, J. The court properly directed a verdict for the plaintiff, and no legal reason for a reversal of the judgment is shown in any of the grounds of the motion for a new trial.

*Judgment affirmed.    Broyles, C. J., and Luke, J., concur.*

DECIDED JANUARY 16, 1924.

Action for breach of contract; from Cobb superior court—Judge Blair. September 8, 1923.

The allegations of the plaintiff's petition are set out in 28 *Ga. App.* 663.

*Morris, Hawkins & Wallace,* for plaintiff in error.

*J. Z. Foster, Little, Powell, Smith & Goldstein,* contra.